# EXHIBIT B

EFiled: Oct 12 2010 3:26PM EDT
Transaction ID 33759027
Case No. N10C-10-099 PLA

## SUPERIOR COURT
## CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:  N  K  S          CIVIL ACTION NUMBER: _____

| Caption: | Civil Case Code: CPRD |
|---|---|
| The St. Joe Company, | Civil Case Type: Property Damage |
| Plaintiff, | (SEE REVERSE SIDE FOR CODE AND TYPE) |
| v. | Name and Status of Party filing document: |
|  | Plaintiff The St. Joe Company |
| Transocean Offshore Deepwater Drilling, Inc.; Transocean Holdings LLC; Transocean Deepwater, Inc.; and Triton Asset Leasing GmbH, | Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
|  | Complaint |
| Defendants. | JURY DEMAND: YES XX  No ___ |

| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS: |
|---|---|
| Edmond D. Johnson | The St. Joe Company v. M-I, L.L.C. a/k/a M-I Swaco, N10C-08-254 PLA |
| ATTORNEY ID(S): | |
| Del. Bar No. 2257 | |
| FIRM NAME: | EXPLAIN THE RELATIONSHIP(S): |
| Pepper Hamilton LLP | Both this action and St. Joe v. |
| ADDRESS: Hercules Plaza, Suite 5100 1313 Market St., P.O. Box 1709 | M-I, L.L.C. are claims for compensatory and punitive damages based on similar |
| Wilmington, DE 19899-1709 | facts arising out of the same incident. |
| TELEPHONE NUMBER: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| 302-777-6500 | |
| FAX NUMBER: | |
| 302-421-8390 | |
| E-MAIL ADDRESS: | |
| johnsone@pepperlaw.com | |
|  | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 3/2008

EFiled: Oct 12 2010 3:26PM EDT
Transaction ID 33759027
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS LLC; TRANSOCEAN DEEPWATER, INC.; and TRITON ASSET LEASING GmbH, | § § § § § § | CASE NO. _____ <br> JURY OF 12 DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

## PRAECIPE

To:   THE PROTHONOTARY

PLEASE issue a Writ of Summons for service of the Complaint and Summons on the Defendant as follows:

To the Sheriff, New Castle County:

Transocean Offshore Deepwater Drilling, Inc., c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

Dated: October 12, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13293523 v1

EFiled: Oct 12 2010 3:26PM EDT
Transaction ID 33759027
Case No. N10C-10-099 PLA

## IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | CASE NO. _____ |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET | § | |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF, NEW CASTLE COUNTY,**
**YOU ARE COMMANDED:**

To summon the above named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Edmond D. Johnson, Plaintiff's attorney, whose address is Pepper Hamilton LLP, Hercules Plaza, 1313 Market Street, Suite 5100, Post Office Box 1709, Wilmington, DE 19899-1709, an answer to the Complaint.

To serve upon Defendant a copy hereof and of the Complaint.

Dated: _____                            SHARON D. AGNEW
                                                     Prothonotary

                                                     _____
                                                     Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on the Plaintiff's attorney named above an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the affidavit of demand, if any).

                                                     SHARON D. AGNEW
                                                     Prothonotary

                                                     _____
                                                     Per Deputy

#13293523 v1

EFiled: Oct 12 2010 3:26PM EDT
Transaction ID 33759027
Case No. N10C-10-099 PLA

# IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
# IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | CASE NO. _____ |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET | § | |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PRAECIPE

To: THE PROTHONOTARY

PLEASE issue a Writ of Summons for service of the Complaint and Summons on the Defendant as follows:

To the Sheriff, New Castle County:

Transocean Holdings LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

Dated: October 12, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13293523 v1

**EFiled: Oct 12 2010 3:26PM EDT**
**Transaction ID 33759027**
**Case No. N10C-10-099 PLA**

## IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS LLC; TRANSOCEAN DEEPWATER, INC.; and TRITON ASSET LEASING GmbH, | § § § § § § § | CASE NO. _____<br><br>JURY OF 12 DEMANDED |
| Defendants. | § | |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF, NEW CASTLE COUNTY,**
**YOU ARE COMMANDED:**

To summon the above named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Edmond D. Johnson, Plaintiff's attorney, whose address is Pepper Hamilton LLP, Hercules Plaza, 1313 Market Street, Suite 5100, Post Office Box 1709, Wilmington, DE 19899-1709, an answer to the Complaint.

To serve upon Defendant a copy hereof and of the Complaint.

Dated: _____

SHARON D. AGNEW
Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on the Plaintiff's attorney named above an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the affidavit of demand, if any).

SHARON D. AGNEW
Prothonotary

_____
Per Deputy

#13293523 v1

EFiled: Oct 12 2010 3:26PM EDT
Transaction ID 33759027
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | CASE NO. _____ |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET | § | |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**PRAECIPE**

To: THE PROTHONOTARY

    PLEASE issue a Writ of Summons for service of the Complaint and Summons on the Defendant as follows:

    To the Sheriff, New Castle County:

        Transocean Deepwater, Inc, c/o The Corporation Trust
        Company, Corporation Trust Center, 1209 Orange Street,
        Wilmington, DE 19801

Dated: October 12, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13293523 v1

**EFiled: Oct 12 2010 3:26PM EDT**
**Transaction ID 33759027**
**Case No. N10C-10-099 PLA**

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | CASE NO. _____ |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET | § | |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF, NEW CASTLE COUNTY,**
**YOU ARE COMMANDED:**

To summon the above named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Edmond D. Johnson, Plaintiff's attorney, whose address is Pepper Hamilton LLP, Hercules Plaza, 1313 Market Street, Suite 5100, Post Office Box 1709, Wilmington, DE 19899-1709, an answer to the Complaint.

To serve upon Defendant a copy hereof and of the Complaint.

Dated: _____                              SHARON D. AGNEW_____
                                                       Prothonotary

                                                       _____
                                                       Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on the Plaintiff's attorney named above an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the affidavit of demand, if any).

                                                       SHARON D. AGNEW_____
                                                       Prothonotary

                                                       _____
                                                       Per Deputy

#13293523 v1

EFiled: Oct 12 2010 3:26PM EDT
Transaction ID 33759027
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | CASE NO. _____ |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET | § | |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PRAECIPE

To: THE PROTHONOTARY

PLEASE issue a Writ of Summons to Plaintiff's counsel, Pepper Hamilton LLP for service of the Complaint and Summons on the Defendant, Triton Asset Leasing GmbH, c/o Transocean Deepwater Drilling, Inc., 4 Greenway Plaza, Houston, Texas 77046, pursuant to 10 Del. C. § 3104.

Dated: October 12, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13293523 v1

**EFiled: Oct 12 2010 3:26PM EDT**
**Transaction ID 33759027**
**Case No. N10C-10-099 PLA**

# IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| THE ST. JOE COMPANY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TRANSOCEAN OFFSHORE DEEPWATER § <br> DRILLING, INC.; TRANSOCEAN § <br> HOLDINGS LLC; TRANSOCEAN § <br> DEEPWATER, INC.; and TRITON ASSET § <br> LEASING GmbH, § <br> § <br> Defendants. § | CASE NO. _____ <br><br> JURY OF 12 DEMANDED |

**THE STATE OF DELAWARE,**
**TO PEPPER HAMILTON LLP,**
**YOU ARE COMMANDED:**

To summon the above named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Edmond D. Johnson, Plaintiff's attorney, whose address is Pepper Hamilton LLP, Hercules Plaza, 1313 Market Street, Suite 5100, Post Office Box 1709, Wilmington, DE 19899-1709, an answer to the Complaint.

To serve upon Defendant a copy hereof and of the Complaint.

Dated: _____

SHARON D. AGNEW
Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on the Plaintiff's attorney named above an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the affidavit of demand, if any).

SHARON D. AGNEW
Prothonotary

_____
Per Deputy

#13293523 v1

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | CASE NO. N10C-10-099 PLA |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET | § | |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PRAECIPE

To:   THE PROTHONOTARY

PLEASE issue a Writ of Summons for service of the Complaint and Summons on the

Defendant as follows:

To the Sheriff, New Castle County:

Transocean Offshore Deepwater Drilling, Inc., c/o The
Corporation Trust Company, Corporation Trust Center, 1209
Orange Street, Wilmington, DE 19801

Dated: October 12, 2010       /s/ *Edmond D. Johnson*
                              Edmond D. Johnson (#2257)
                              James G. McMillan, III (#3979)
                              James H.S. Levine (#5355)
                              PEPPER HAMILTON LLP
                              Hercules Plaza, Suite 5100
                              1313 N. Market Street
                              P.O. Box 1709
                              Wilmington, DE 19899-1709
                              Telephone No. (302) 777-6500
                              Facsimile No. (302) 421-8390

                              *Attorneys for Plaintiff The St. Joe Company*

(4) writs issued

#13293523 v1   #4360 640.00

EFiled: Oct 12 2010 3:26PM
Transaction ID 33759027
Case No. N10C-10-099 PLA



# IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
# IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| THE ST. JOE COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| TRANSOCEAN OFFSHORE DEEPWATER § | CASE NO. N10C-10-099 PLA |
| DRILLING, INC.; TRANSOCEAN § | |
| HOLDINGS LLC; TRANSOCEAN § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET § | |
| LEASING GmbH, § | |
| § | |
| Defendants. § | |
| § | |

## PRAECIPE

To: THE PROTHONOTARY

PLEASE issue a Writ of Summons for service of the Complaint and Summons on the Defendant as follows:

To the Sheriff, New Castle County:

Transocean Holdings LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

Dated: October 12, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13293523 v1



EFiled: Oct 12 2010 3:26PM
Transaction ID 33759027
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § § § § | |
| Plaintiff, | | |
| v. | § § | |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS LLC; TRANSOCEAN DEEPWATER, INC.; and TRITON ASSET LEASING GmbH, | § § § § § § § | CASE NO. N10C-10-099 PLA <br><br> JURY OF 12 DEMANDED |
| Defendants. | § § § | |

## PRAECIPE

To: THE PROTHONOTARY

PLEASE issue a Writ of Summons for service of the Complaint and Summons on the Defendant as follows:

To the Sheriff, New Castle County:

Transocean Deepwater, Inc, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

Dated: October 12, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13293523 v1



EFiled: Oct 12 2010 3:26PM
Transaction ID 33759027
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS LLC; TRANSOCEAN DEEPWATER, INC.; and TRITON ASSET LEASING GmbH, | § § § § § § § | CASE NO. N10C-10-099 PLA JURY OF 12 DEMANDED |
| Defendants. | § § § | |

## PRAECIPE

To: THE PROTHONOTARY

PLEASE issue a Writ of Summons to Plaintiff's counsel, Pepper Hamilton LLP for service of the Complaint and Summons on the Defendant, Triton Asset Leasing GmbH, c/o Transocean Deepwater Drilling, Inc., 4 Greenway Plaza, Houston, Texas 77046, pursuant to 10 Del. C. § 3104.

Dated: October 12, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13293523 v1

Case 1:10-cv-09968-PS9 Document 1-45 Filed 11/10/10 Page 15 of 20 PageID #: 60
**EFiled: Nov 4 2010 6:11PM EDT**
**Transaction ID 34196422**
**Case No. N10C-10-099 PLA**

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | C.A. No. N10C-10-099 PLA |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | |
| DEEPWATER, INC.; and TRITON ASSET | § | JURY OF 12 DEMANDED |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ALIAS PRAECIPE

TO: Prothonotary
Superior Court of the State of Delaware
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

**PLEASE ISSUE WRIT OF SUMMONS** to the Sheriff of Kent County for service upon the Defendant, Transocean Deepwater, Inc., by serving its registered agent at

Transocean Deepwater, Inc.,
By serving its Registered Agent,
Capitol Services, Inc.
615 S. Dupont Highway
Dover, DE 19901

Dated: November 4, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

#13412695 v1

EFiled: Nov 4 2010 6:11PM EDT
Transaction ID 34196422
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | C.A. No. N10C-10-099 PLA |
| DRILLING, INC.; TRANSOCEAN | § | |
| HOLDINGS LLC; TRANSOCEAN | § | JURY OF 12 DEMANDED |
| DEEPWATER, INC.; and TRITON ASSET | § | |
| LEASING GmbH, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ALIAS SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY
YOU ARE COMMANDED:

To summon the above named defendant, so that within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Edmond D. Johnson, Plaintiff's attorney, whose address is Pepper Hamilton LLP, Hercules Plaza, 1313 Market Street, Suite 5100, Post Office Box 1709, Wilmington, DE 19899-1709, an answer to the Complaint.

To serve upon defendant a copy hereof and of the complaint.

Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Prothonotary

_____
Per Deputy

#13412695 v1

EFiled: Nov 5 2010 2:32PM EDT
Transaction ID 34210232
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE ST. JOE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS LLC; TRANSOCEAN DEEPWATER, INC.; and TRITON ASSET LEASING GmbH, | § § § § § § § | C.A. No. N10C-10-099 PLA<br><br>JURY OF 12 DEMANDED |
| Defendants. | § § | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE          :
                                             : ss.
COUNTY OF NEW CASTLE  :

BE IT REMEMBERED that on November 5, 2010 there did personally appear before me, a Notary Public for the State and County aforesaid, Edmond D. Johnson, who by me being duly sworn to law did depose and state that:

1.  I am an attorney with the law firm of Pepper Hamilton LLP, attorneys for Plaintiff in the above matter, and I am offering this Affidavit pursuant to 10 *Del. C.* §3104.

2.  On October 20, 2010, I did cause a copy of the Summons and Complaint to be sent by Certified Mail/Return Receipt to Defendant Triton Asset Leasing GmbH, c/o Transocean Deepwater Drilling Inc., at the following address:

    4 Greenway Plaza
    Houston, TX 77046

3.  Upon mailing the Summons and Complaint, I received a return receipt indicating that on October 26, 2010, the Defendant signed for the Summons and Complaint. (A copy of the

#13419842 v1

-2-

receipt will be filed herein).

Dated: November 5, 2010

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
James H.S. Levine (#5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff The St. Joe Company*

Sworn to and subscribed before me
this 5th day of November, 2010.

_____
Notary Public

**ANNA J. MALEC
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES JAN 6, 2014
20093716856**



EFiled: Oct 12 2010 3:26PM
Transaction ID 33759027
Case No. N10C-10-099 PLA

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| THE ST. JOE COMPANY, § § Plaintiff, § § v. § § TRANSOCEAN OFFSHORE DEEPWATER § DRILLING, INC.; TRANSOCEAN § HOLDINGS LLC; TRANSOCEAN § DEEPWATER, INC.; and TRITON ASSET § LEASING GmbH, § § Defendants. § | CASE NO. N10C-10-099 PLA JURY OF 12 DEMANDED |

**THE STATE OF DELAWARE,**
**TO PEPPER HAMILTON LLP,**
**YOU ARE COMMANDED:**

To summon the above named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Edmond D. Johnson, Plaintiff's attorney, whose address is Pepper Hamilton LLP, Hercules Plaza, 1313 Market Street, Suite 5100, Post Office Box 1709, Wilmington, DE 19899-1709, an answer to the Complaint.

To serve upon Defendant a copy hereof and of the Complaint.

Dated: 10/20/10

SHARON D. AGNEW
Prothonotary

Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on the Plaintiff's attorney named above an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the affidavit of demand, if any).

SHARON D. AGNEW
Prothonotary

Per Deputy

#13293523 v1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Triton Asset Leasing GmBH
C/o Transocean Deepwater
Drilling Inc.
4-Greenway Plaza
Houston TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Troy Alessi
C. Date of Delivery: 10/12/11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0000 2199 3487

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.90 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Trans Ocean Deepwater Drilling Triton Asset Leasing GmBH
Street, Apt. No.; or PO Box No.: 4 Greenway Plaza
City, State, ZIP+4: Houston, Texas, 77046

PS Form 3800, August 2006  See Reverse for Instructions

Article Number: 7010 0290 0000 2199 3487